**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00091-CR

**JOHN ALAN SUBLETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80900-08**

## ORDER

The Court **GRANTS** appellant's second motion for extension of time to file appellant's

brief.

We ORDER appellant to file the brief within **TEN DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE